## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD ANDRUS, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-486-*** |
| CITY OF WILMINGTON, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **24th** day of **October, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **January 9, 2008 at 8:00 a.m.** (please note the time change from that set during the October 24, 2007) with Magistrate Judge Thynge to discuss mediation. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE