# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD ANDRUS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 07-486*** |
| | : |
| CITY OF WILMINGTON; CITY OF | : |
| WILMINGTON POLICE DEPARTMENT; | : |
| CORPORAL HENRY CANNON; | : |
| OFFICER CPL. CHRIS CONNELLY; | : |
| OFFICER MARTY STORY; | : |
| OFFICER STEPHEN BROCK; and | : |
| OFFICER JEFFREY GLENN, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Andrea J. F. Rhen, Esquire, hereby certify that on this 11th day of January, 2008, I forwarded two copies of Defendant's Interrogatories directed to Plaintiff and Defendant's First Request for Production of Documents Directed to Plaintiff to the below listed individual and notice of said filing with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

> Michael W. Modica, Esquire
> 715 King Street, Suite 300
> P.O. Box 437
> Wilmington, DE 19899

> /s/ Andrea J. F. Rhen, Esquire
> Andrea J. F. Rhen, Esquire (DE Bar Id. No. 3831)
> 800 N. French Street, 9th Floor
> Wilmington, DE 19801
> (302) 576-2175
> Attorney for Defendants