UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD ANDRUS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF WILMINGTON; CITY OF ) <br> WILMINGTON POLICE DEPARTMENT; ) <br> CORPORAL HENRY CANNON, individually, and ) <br> As agent of the CITY OF WILMINGTON ) <br> POLICE DEPARTMENT; OFFICER CPL CHRIS ) <br> CONNELLY, individually, and as agent of the ) <br> CITY OF WILMINGTON POLICE ) <br> DEPARTMENT; OFFICER MARTY STORY, ) <br> individually, and as agent of the ) <br> CITY OF WILMINGTON POLICE ) <br> DEPARTMENT, OFFICER STEPHEN BROCK, ) <br> Individually and as agent of the CITY OF ) <br> WILMINGTON POLICE DEPARTMENT, ) <br> and OFFICER JEFFREY GLENN, individually ) <br> and as agent of the CITY OF WILMINGTON ) <br> POLICE DEPARTMENT ) <br> ) <br> Defendants. ) | C.A. No. 07-486 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I, Michael W. Modica, Esquire, hereby certify that copies of the foregoing Interrogatories to Defendant, and Request for Production were mailed to:

Andrea Rhen, Esq.
City of Wilmington Law Department
800 N. French Street
Wilmington, DE 19801

on this 1 day of April, 2008.

MICHAEL W. MODICA, ESQUIRE
BAR ID NO. 2169
715 N. KING STREET, SUITE 300
P.O. BOX 437
WILMINGTON, DE 19899
(302) 425-3600