

James M. Baker
Mayor

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

June 17, 2008

The Honorable Sue L. Robinson
United States District Court
844 North King St.
Lock Box 31
Wilmington, Delaware 19801

      **RE:** *Andrus v. City of Wilmington, et, al.*
            **C.A. NO. 07-486**

Dear Judge Robinson:

    Please accept this letter as the joint status report from the parties in the above referenced matter. At this time, the parties are engaged in the discovery process. There are no issues pertaining to the discovery process at this time, although the parties have discussed the possibility that the discovery deadline may need to be extended. However, no action is requested at this time.

    In a related matter, the criminal trial in *State of Delaware v. Richard Andrus* is scheduled for Friday, June 27, 2008 in the Court of Common Pleas.

    Please contact us if there are any questions.

                              Respectfully,

                              /s/ Andrea J. F. Rhen

                              Andrea J. F. Rhen, Esquire (I.D. #3831)
                              Senior Assistant City Solicitor

cc:    Michael W. Modica
         Clerk of Court