IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD ANDRUS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-486-SLR |
| | : | |
| CITY OF WILMINGTON, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **21st** day of **August, 2008,**

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, August 26, 2008 at 9:30 a.m.** with Judge Thynge.  The purpose of the teleconference is to reschedule the mediation set for September 12, 2008 at 10:00 a.m.  **Plaintiff's counsel shall initiate the teleconference call to (302) 573-6173.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE