IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD ANDRUS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-486-SLR |
| | : | |
| CITY OF WILMINGTON, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **26th** day of **August, 2008,**

IT IS ORDERED that the mediation conference scheduled for Friday, September 12, 2008 beginning at 10:00 a.m. has been rescheduled for **Tuesday, February 3, 2009 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, January 23, 2009.** All other provisions of the Court's January 9, 2008 Order shall remain in full force and effect.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE