IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD ANDRUS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C.A. No. 07-486*** |
| | : |
| CITY OF WILMINGTON; CITY OF | : |
| WILMINGTON POLICE DEPARTMENT; | : |
| CORPORAL HENRY CANNON; | : |
| OFFICER CPL. CHRIS CONNELLY; | : |
| OFFICER MARTY STORY; | : |
| OFFICER STEPHEN BROCK; and | : |
| OFFICER JEFFREY GLENN, | : |
| | : |
| Defendants. | : |

**NOTICE OF DEPOSITION**

TO:    Michael W. Modica, Esquire
        715 King Street, Suite 300
        P.O. Box 437
        Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Audrey Andrus on Wednesday, October 8, 2008 at 1:00 p.m. The deposition will take place in the City of Wilmington Law Department, located in the Louis L. Redding City/County Building, 800 N. French Street, 9th Floor, Wilmington, Delaware 19801. The deposition will be recorded by stenographic means.

                              CITY OF WILMINGTON LAW DEPARTMENT

                              /s/ Andrea J. F. Rhen
                              Andrea J. F. Rhen, Esquire (I.D. #3831)
                              Senior Assistant City Solicitor
                              Louis L. Redding City/County Building
                              800 N. French Street, 9th Floor
                              Wilmington, DE 19801
                              (302) 576-2175
                              Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD ANDRUS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 07-486*** |
| | : |
| CITY OF WILMINGTON; CITY OF | : |
| WILMINGTON POLICE DEPARTMENT; | : |
| CORPORAL HENRY CANNON; | : |
| OFFICER CPL. CHRIS CONNELLY; | : |
| OFFICER MARTY STORY; | : |
| OFFICER STEPHEN BROCK; and | : |
| OFFICER JEFFREY GLENN, | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Andrea J. F. Rhen, Esquire, hereby certify that on this 27th day of August, 2008, I electronically filed the Notice of Deposition of Audrey Andrus were served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

        Michael W. Modica, Esquire
        715 King Street, Suite 300
        P.O. Box 437
        Wilmington, DE 19899

        CITY OF WILMINGTON LAW DEPARTMENT

        /s/ Andrea J. F. Rhen
        Andrea J. F. Rhen, Esquire (I.D. #3831)
        Senior Assistant City Solicitor
        Louis L. Redding City/County Building
        800 N. French Street, 9th Floor
        Wilmington, DE 19801
        (302) 576-2175

        Attorney for Defendants

cc:    Wilcox & Fetzer