IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD ANDRUS, | : |
|       Plaintiff, | : |
| v. | :   C.A. No. 07-486*** |
| CITY OF WILMINGTON; CITY OF WILMINGTON POLICE DEPARTMENT; CORPORAL HENRY CANNON; OFFICER CPL. CHRIS CONNELLY; OFFICER MARTY STORY; OFFICER STEPHEN BROCK; and OFFICER JEFFREY GLENN, | : |
|       Defendants. | : |

**NOTICE OF DEPOSITION**

TO: Michael W. Modica, Esquire
     715 King Street, Suite 300
     P.O. Box 437
     Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Jeanne Muller on Tuesday, October 21, 2008 at 1:00 p.m. The deposition will take place in the City of Wilmington Law Department, located in the Louis L. Redding City/County Building, 800 N. French Street, 9th Floor, Wilmington, Delaware 19801. The deposition will be recorded by stenographic means.

CITY OF WILMINGTON LAW DEPARTMENT

 /s/ Andrea J. F. Rhen
Andrea J. F. Rhen, Esquire (I.D. #3831)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD ANDRUS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | C.A. No. 07-486*** |
| : | |
| CITY OF WILMINGTON; CITY OF : | |
| WILMINGTON POLICE DEPARTMENT; : | |
| CORPORAL HENRY CANNON; : | |
| OFFICER CPL. CHRIS CONNELLY; : | |
| OFFICER MARTY STORY; : | |
| OFFICER STEPHEN BROCK; and : | |
| OFFICER JEFFREY GLENN, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Andrea J. F. Rhen, Esquire, hereby certify that on this 27th day of August, 2008, I electronically filed the Notice of Deposition of Jeanne Muller were served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

> Michael W. Modica, Esquire
> 715 King Street, Suite 300
> P.O. Box 437
> Wilmington, DE 19899

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Andrea J. F. Rhen
Andrea J. F. Rhen, Esquire (I.D. #3831)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175

Attorney for Defendants

cc:   Wilcox & Fetzer