IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD ANDRUS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 07-486*** |
| | : |
| CITY OF WILMINGTON; CITY OF | : |
| WILMINGTON POLICE DEPARTMENT; | : |
| CORPORAL HENRY CANNON; | : |
| OFFICER CPL. CHRIS CONNELLY; | : |
| OFFICER MARTY STORY; | : |
| OFFICER STEPHEN BROCK; and | : |
| OFFICER JEFFREY GLENN, | : |
| | : |
| Defendants. | : |

**NOTICE OF DEPOSITION**

TO:  Michael W. Modica, Esquire
715 King Street, Suite 300
P.O. Box 437
Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Dr. John Carroll on Wednesday, October 22, 2008 at 1:00 p.m. The deposition will take place in the City of Wilmington Law Department, located in the Louis L. Redding City/County Building, 800 N. French Street, 9th Floor, Wilmington, Delaware 19801. The deposition will be recorded by stenographic means.

CITY OF WILMINGTON LAW DEPARTMENT

 /s/ Andrea J. F. Rhen
Andrea J. F. Rhen, Esquire (I.D. #3831)
Senior Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD ANDRUS, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   C.A. No. 07-486*** |
| | : |
| CITY OF WILMINGTON; CITY OF | : |
| WILMINGTON POLICE DEPARTMENT; | : |
| CORPORAL HENRY CANNON; | : |
| OFFICER CPL. CHRIS CONNELLY; | : |
| OFFICER MARTY STORY; | : |
| OFFICER STEPHEN BROCK; and | : |
| OFFICER JEFFREY GLENN, | : |
| | : |
|     Defendants. | : |

## CERTIFICATE OF SERVICE

I, Andrea J. F. Rhen, Esquire, hereby certify that on this 27th day of August, 2008, I electronically filed the Notice of Deposition of Dr. John Carroll with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF:

    Michael W. Modica, Esquire
    715 King Street, Suite 300
    P.O. Box 437
    Wilmington, DE 19899

    CITY OF WILMINGTON LAW DEPARTMENT

    /s/ Andrea J. F. Rhen
    Andrea J. F. Rhen, Esquire (I.D. #3831)
    Senior Assistant City Solicitor
    Louis L. Redding City/County Building
    800 N. French Street, 9th Floor
    Wilmington, DE 19801
    (302) 576-2175

    Attorney for Defendants

cc:    Wilcox & Fetzer